IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| JASON MCCOOL, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>HI-TECH PHARMACEUTICALS, INC.,<br><br>    Defendant. | Case No. 1:25-cv-05668-SEG |

**JOINT MOTION FOR EXTENSION OF TIME FOR DEFENDANT TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT AND FOR PLAINTIFF TO SEEK CLASS CERTIFICATION**

COME NOW, Plaintiff Jason McCool ("Plaintiff") and Defendant Hi-Tech Pharmaceuticals, Inc. ("Defendant"), by and through counsel and pursuant to Sections C and E of this Court's Standing Order, and submit this Joint Motion for Extension of Time for Defendant to Answer or Otherwise Respond to Plaintiff's Complaint and for Plaintiff to Seek Class Certification, respectfully showing this Court as follows:

Plaintiff, a consumer who resided in California at all times relevant to this suit, filed his Complaint in this matter on October 3, 2025, alleging damages relating to an ingredient in one of Defendant's dietary supplement products and alleging claims under California's Consumer Legal Remedies Act, California's False Advertising statute, California's Unfair Competition statute, California's express and implied warranty laws, and the principles of unjust enrichment. (*See generally*, Doc. 1). Plaintiff seeks to recover on his own behalf as well as on behalf of a putative nationwide class and a sub-class of California consumers. (*Id*., ¶¶ 75-82).

Plaintiff subsequently filed a Return of Service indicating that Defendant was served on October 9, 2025, providing that Defendant's deadline to answer or otherwise respond to the Complaint is October 30, 2025. (Doc. 6). Pursuant to Local Rule Section 23.1(B), Plaintiff has 90 days following his filing of the Complaint to seek class certification, providing for a deadline of January 7, 2026. Local Rule 23.1(B).

Counsel for the Parties have conferred as to these deadlines and agree additional time is required. Defendant requires an extension of time to answer or otherwise respond to Plaintiff's Complaint due to the time needed to: (1) engage appropriate counsel as to the issues in this case; (2) engage the requisite and appropriate local counsel as to the issues in this case; and (3) to investigate and fully and fairly address the numerous factual (including highly scientific) matters and

legal and regulatory matters raised in Plaintiff's 47-page, 133-paragraph Class Action Complaint. (*See generally,* Doc. 1). Defendant also has significant and time-consuming obligations during this month and next month, which were scheduled prior to service of the Complaint. As a result, Defendant requires a 60-day extension of its deadline to answer or move to dismiss the Complaint.

Plaintiff does not oppose this requested extension. But because the extension will consume much of Plaintiff's 90-day class certification period, Plaintiff requires an extension of the deadline to file his motion for class certification. Plaintiff also requires this extension because discovery is required for Plaintiff to fully and fairly address the matters relating to his motion for class certification. Defendant also requires discovery to fully and fairly respond to any such motion.

The Parties note that, as this Court is aware, discovery and any motion to seek class certification may be mooted should Defendant file a motion to dismiss that is granted by this Court. Defendant also asserts that should this Court deny any such motion to dismiss such that the case proceeds, a scheduling order modifying the deadlines provided for by the Federal Rules of Civil Procedure will be appropriate due to, *inter alia*, the exceptional complexity of the factual issues, the anticipated greater than normal volume of evidence, the multiple use of experts, and the existence of highly technical issues of proof.

As such, the Parties respectfully submit that it is appropriate and necessary to extend the aforementioned deadlines and have agreed and propose to this Court as follows:

(1) Defendant may have through and until December 29, 2025, to answer or otherwise respond to Plaintiff's Complaint;

(2) If Defendant's response to Plaintiff's Complaint is a motion to dismiss, Plaintiff shall respond to Defendant's motion to dismiss on or before February 12, 2026, and Defendant shall reply to Plaintiff's response on or before February 26, 2026;

(3) Any motion by Plaintiff to seek class certification should be stayed pending resolution of Defendant's motion to dismiss (if filed) and will be reset if and when a discovery schedule is entered; and

(4) The Parties do not waive any claims, rights or defenses by way of the foregoing.

The Parties jointly make this Motion in good faith and not for purposes of delay. A jointly Proposed Order is submitted herewith.

WHEREFORE, for the foregoing reasons, the Parties respectfully request that this Court enter the Proposed Order submitted herewith.

This 30th day of October, 2025.

                                              Respectfully submitted,

| | |
|---|---|
| */s/ John J. Frawley (with consent)* | */s/ C.L. Parker* |
| John J. Frawley (*pro hac vice*) | C.L. Parker |
| Douglas M. Werman (*pro hac vice*) | Georgia Bar No. 722011 |
| **WERMAN SALAS P.C.** | **CL Parker, LLC** |
| 77 W. Washington St., Suite 1402 | 4080 McGinnis Ferry Road, Suite 401 |
| Chicago, IL 60602 | Alpharetta, GA 30005 |
| (312) 419-1008 | (770) 851-6718 |
| dwerman@flsalaw.com | CL@CLParkerLLC.com |
| jfrawley@flsalw.acom | |
| | Arthur W. Leach |
| Jeffrey B. Sand | Georgia Bar No. 442025 |
| Andrew L. Weiner | **The Law Office of Arthur W. Leach** |
| **WEINER & SAND LLC** | 5780 Windward Parkway, Suite 225 |
| 6065 Roswell Rd., Suite 700-121 | Alpharetta, GA 30005 |
| Atlanta, GA 30328 | (404) 786-6443 |
| (404) 205-5029 | art@arthurwleach.com |
| js@wsjustice.com | |
| aw@wsjustice.com | Theodora McCormick (*pro hac vice* application forthcoming) |
| | Robert Lufrano (*pro hac vice* application forthcoming) |
| *Attorneys for Plaintiff* | **BAKER, DONELSON, BEARMAN, CALDWELL & BERKOWITZ, PC** |
| | 4365 Route 1 South, Suite 301 |
| | Princeton, NJ 08540 |
| | (609) 490-4860 |
| | tmccormick@bakerdonelson.com |
| | rlufrano@bakerdonelson.com |
| | |
| | *Attorneys for Defendant* |

5